IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD I. LAING,

       Plaintiff,       Civil No. 08-1274-AA

     v.              ORDER

THEODORE KULONGOSKI, et al.,

       Defendants.

AIKEN, District Judge.

In order to establish entitlement to preliminary relief, the moving party must show, at an irreducible minimum, that they have a fair chance of success on the merits. Stanley v. University of Southern California, 13 F.3d 1313, 1319 (9th Cir. 1994), quoting Martin v. International Olympic Committee, 740 F.2d 670, 674-675 (9th Cir. 1994); Committee of Cent. American Refugees v. I.N.S., 795 F.2d 1434, 1437 (9th Cir. 1986); see also, United States v. Odessa Union Warehouse, 833 F.2d 172, 174 (9th Cir. 1987).

1 - ORDER

Plaintiff has failed to establish that has a fair chance of success on the merits of his claims in this case. Accordingly, plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (#8) is denied.

IT IS SO ORDERED.

DATED this ___18___ day of December, 2008.

                                  /s/ Ann Aiken
                              Ann Aiken
                              United States District Judge